IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RONALD JUNIOR HANEY, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| -vs- | )   Case No. CIV-20-1118-F |
| | ) |
| LUKE PETTIGREW, | ) |
| | ) |
|     Respondent. | ) |

## **ORDER**

    Petitioner, Ronald Junior Haney, appearing *pro se*, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to United States Magistrate Judge Suzanne Mitchell in accordance with 28 U.S.C. § 636. After careful examination of the petition, as required by Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, Magistrate Judge Mitchell issued a Report and Recommendation, recommending the petition be dismissed for lack of jurisdiction.

    Magistrate Judge Mitchell advised petitioner of his right to file an objection to the Report and Recommendation on or before December 28, 2020, and she specifically advised him that the failure to file a timely objection waives the right to appellate review of both the factual and legal issues therein contained.

    Petitioner has neither filed an objection to the Report and Recommendation nor filed a motion seeking an extension of time to file an objection. With no objection being filed, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell on December 7, 2020 (doc. no. 5) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**.  Petitioner, Ronald Junior Haney's Petition for a Writ of Habeas Corpus, filed as of October 29, 2020 (doc. no. 1), is **DISMISSED** for lack of jurisdiction.  Judgment shall issue forthwith.

IT IS SO ORDERED this 11th day of January, 2021.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-1118p001.docx